PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Deb Haaland, Secretary
United States Department of the Interior

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS GRINNELL,<br><br>           Plaintiff,<br><br>vs.<br><br>DEB HAALAND, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF INDIAN AFFAIRS; and DOES 1-30,<br><br>           Defendants | No.  2:21-cv-1860 KJM DB<br><br>STATUS REPORT PER THE COURT'S INITIAL SCHEDULING ORDER [ECF 9] AND STIPULATION AND ORDER FOR EXTENSION OF SPECIFIED DEADLINES |

In compliance with the initial scheduling order [ECF 9], the parties hereby update the Court on the status of settlement efforts.  Two previously scheduled mediations were canceled because of Plaintiff's counsel's medical issues.  The parties remain interested in mediating this case and have rescheduled a mediation with Judge Bond at JAMS on January 13, 2023.

Plaintiff's counsel also represents that her medical issues prevent her from defending Plaintiff's deposition until the new year.  The United States is also awaiting requested documents, including regarding Plaintiff's claimed medical damages.  Based on Plaintiff's counsel's health issues, the United States is agreeable to a brief extension of the following specified deadlines in this case:

- Settlement Conference with Judge Bond on January 13, 2023;
- Deposition of Plaintiff Grinnell at the United States' Attorney's Office starting at 9:30

a.m. on January 18, 2023; Plaintiff's counsel can attend via zoom;

- The non-expert discovery cutoff shall be extended from December 12, 2022 until March, 2023; specifically, the parties agree all depositions shall be completed by March 3, 2023, and that March 13, 2023 is the last day either party can serve non-expert written discovery requests;
- Plaintiff's expert disclosure shall be extended from January 27, 2023 until April 5, 2023;
- The United States shall have the right to conduct an Independent Medical Examination of Plaintiff Grinnell, if desired, on or before May 5, 2023;
- Defendants' Rebuttal expert disclosures shall be extended from February 24, 2023 until May 16, 2023;
- June 10, 2023 shall be the last day for the parties to file any non-expert discovery motions;

The remaining deadlines in the initial scheduling order will remain in effect including:

- Expert discovery closes July 7, 2023;
- Dispositive motion filing deadline July 21, 2023;
- Dispositive motion hearing deadline August 25, 2023.

The Court has not yet scheduled a pre-trial conference or trial in this case.

Plaintiff's counsel is concerned that she will need additional time and thus reserves the ability to seek further extensions of this schedule. The United States does not currently believe that additional time is warranted and thus would oppose any requests now. The parties will continue to meet and confer, however, in the new year before bringing the matter to the Court per EDCA Local Rules and the Court's scheduling order.

IT IS SO STIPULATED

Dated:  October 31, 2022                                LAW OFFICES OF GAY CARROLL-HARING


                                                        /s/ Gay L. Carroll Haring (as auth. Oct. 31, 2022)
                                                        GAY L. CARROLL HARING
                                                        Attorney for Plaintiff

1  Dated:  October 31, 2022    PHILLIP A. TALBERT
                               United States Attorney
2

3                              */s/ Kelli L. Taylor*
                               KELLI L. TAYLOR
4                              Assistant United States Attorney
                               Attorneys for the United States
5

# **O R D E R**

The Court, having considered the parties' stipulation, and Good Causing Appearing, hereby orders:

A Settlement Conference with Judge Bond will occur on January 13, 2023;

Plaintiff Grinnell will be deposed at the United States' Attorney's Office starting at 9:30 a.m. on January 18, 2023; Plaintiff's counsel can attend via zoom;

The non-expert discovery cutoff shall be extended from December 12, 2022 until March, 2023; specifically, the parties agree all depositions shall be completed by March 3, 2023 and that March 13, 2023 is the last day either party can serve any written non-expert discovery requests;

Plaintiff's expert disclosure shall be extended from January 27, 2023 until April 5, 2023;

The United States shall have the right to conduct an Independent Medical Examination of Plaintiff Grinnell, if desired, on or before May 5, 2023.  The United States does not have to produce any reports from the IME unless and until it provides or makes its expert witness disclosures;

Defendants' Rebuttal expert disclosures shall be extended from February 24, 2023 until May 16, 2023;

June 10, 2023 shall be the last day for the parties to file any non-expert discovery motions;

The remaining deadlines in the initial scheduling order will remain in effect including:

- Expert discovery closes July 7, 2023;
- Dispositive motion filing deadline July 21, 2023;
- Dispositive motion hearing deadline August 25, 2023.

The Court has not yet scheduled a pre-trial conference or trial in this case.

IT IS SO ORDERED.

DATED: November 2, 2022          /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE